### FEDERAL LAND BANK OF NEW ORLEANS et al. v. M. E. NEWSOM et al.

No. 31733.

Supreme Court of Mississippi, Division B.
June 3, 1935.

Jas. McClure, Jr., of Sardis, and Butler & Snow and L. F. Easterling, all of Jackson, for appellants.

Jno. W. Crisler, of Clarksdale, and Herbert Holmes, of Senatobia, for appellees.

GRIFFITH, Justice.

All that is said in the opinion in the companion case, Federal Land Bank v. M. J. Newsom et al., 161 So. 864, this day decided, applies to this case except that the bank holds a valid deed of trust upon and to the extent of the life estate of Thos. C. Newsom, who is still alive, and which life estate in the lands involved herein is therefore an existing estate. The bank is entitled to foreclose its lien on this life estate, and with the understanding that the decree appealed from does not hold otherwise, it will be affirmed.

Affirmed and remanded.